No. 20,731.

LYDIA E. WELLING, *Appellant,* v. S. A. WELLING et al.,
*Appellees.*

### SYLLABUS BY THE COURT.

JUDGMENT—*Modification After Lapse of Term.* Rule applied that after
lapse of the term at which judgment was rendered the district court
has no power to change the judgment, except in accordance with the
provisions of the civil code.

Appeal from Rooks district court; CHARLES I. SPARKS,
judge. Opinion filed March 10, 1917. Reversed.

*W. K. Skinner,* of Stockton, and *Charles S. Briggs,* of To-
peka, for the appellant.

*F. E. Young,* of Stockton, for the appellees.

The opinion of the court was delivered by.

BURCH, J.: This is an appeal from an order modifying a
judgment. On June 22, 1914, the district court rendered a
judgment expressly stating that a sum of money to be paid
to the plaintiff, together with an attorney fee to her attorneys,
was "as and for alimony," and that further alimony was de-
nied. An appeal was taken to this court, and the effect of the
quoted recital was considered in connection with an applica-
tion for support and suit money. On January 14, 1915, the
appeal was dismissed. At the September, 1915, term of the
district court, and on December 15, 1915, the court, presided
over by the successor to the judge who was in office when the
judgment was rendered, struck from the judgment the quoted
recital. This was done, not under any provision of the civil
code, but in response to a simple motion to modify the judg-
ment.

It was a judicial question in June, 1914, whether or not
the sum stated to be "as and for alimony" was one which
could be so appropriated, precisely as the same subject was
a judicial question in December, 1915. If the court erred in
its judgment in 1914, the remedy was by appeal prosecuted
to effect in this court, and not by an appeal to the same

court. After lapse of the term, and after lapse of a year and a half, the district court lacked authority to rectify the decree.

The judgment of the district court is reversed, and the cause is remanded with direction to reinstate the original judgment.